**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
JEFFREY D. WINCHESTER
Nevada Bar No. 10279
Jeffrey.Winchester@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for SADEK BAZARAA and SADEK BAZARAA. LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHARONA BAICHMAN, an individual,<br><br>Plaintiff<br><br>vs.<br><br>SADEK BAZARAA, an individual; SADEK BAZARAA, LLC, a New York Limited Liability Company,<br><br>Defendants | Case No. 2:23-cv-01292-CDS-VCF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT SADEK BAZARAA LLC ONLY WITH PREJUDICE** |

Plaintiff SHARONA BAICHMAN, and Defendant SADEK BAZARAA, LLC (the "Parties) by and through their respective undersigned counsel of record, agree and stipulate that all claims in the above-entitled action against Defendant SADEK BAZARAA, LLC, ONLY, set forth in Plaintiff's Complaint (ECF No. 1), shall be DISMISSED in their entirety, WITH PREJUDICE, with each party to bear its own costs and attorney's fees.

/ / /

/ / /

/ / /

/ / /

/ / /

129198369.1

IT IS SO STIPULATED.

Dated this 12th day of September, 2023

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

/s/ *Douglas Cohen*
DOUGLAS COHEN, ESQ.
Nevada Bar No. 1214
3773 Howard Hughes Parkway
Suite 590 South
Las Vegas, Nevada 89169

*Attorneys for Plaintiff*

Dated this 12th day of September, 2023

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Jeffrey D. Winchester*
JEFFREY D. WINCHESTER, ESQ.
Nevada Bar No. 7254
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: September 13, 2023

*Submitted by:*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Jeffrey D. Winchester*
JEFFREY D. WINCHESTER, ESQ.
Nevada Bar No. 7254
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys Defendants*