JOSH COLE AICKLEN
Nevada Bar No. 7254
Josh.Aicklen@lewisbrisbois.com
DAVID R. CLAYSON
Nevada Bar No. 2826
David.Clayson@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for SADEK BAZARAA*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHARONA BAICHMAN, an individual,<br><br>Plaintiff<br><br>v.<br><br>SADEK BAZARAA,<br><br>Defendant | Case No. 2:23-cv-01292-CDS-MDC<br><br>**STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant SADEK BAZARAA, and Plaintiff SHARONA BAICHMAN, by and through their respective counsel of record, that the above-entitled action shall be dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

///
///
///
///
///
///
///
///

|   |   |
|---|---|
| Stipulation And Order For Dismissal With Prejudice | |
| Case No. 2:23-cv-01292-CDS-MDC | |
| *Baichman v. Bazaraa* | |

DATED this 17th day of March, 2025.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Josh Cole Aicklen
JOSH COLE AICKLEN
Nevada Bar No. 7254
DAVID R. CLAYSON
Nevada Bar No. 2826
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*SADEK BAZARAA*

DATED this 17th day of March, 2025.

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLPC.**

By: /s/ Douglas Cohen
DOUGLAS COHEN
Nevada Bar No. 1214
3773 Howard Hughes Pkwy.
Suite 590 South
Las Vegas, Nevada 89169
*Attorneys for Plaintiff*
*SHARONA BAICHMAN*

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 18, 2025

